[No. 71722-7-I.   Division One.   December 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12958-9, Regina S. Cahan, J., entered March 28, 2014. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 71939-4-I.   Division One.   December 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HENRY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01369-4, Linda C. Krese, J., entered May 6, 2014. *Remanded* by unpublished per curiam opinion.

[Nos. 40504-1-II; 43974-3-II;   Division Two.   December 30, 2014.]
   44150-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. DINO J. CONSTANCE, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 07-1-00843-8, Robert A. Lewis, J., entered March 3, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.